IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| S&M BRANDS, INC. and<br>INTERNATIONAL TOBACCO PARTNERS,<br>LTD., <br><br>    Plaintiffs,<br><br>v.<br><br>PAUL G. SUMMERS, in his official capacity as<br>Attorney General of the State of Tennessee,<br><br>    Defendant. | Case No. 3:05cv0171<br><br>Judge Thomas A. Wiseman, Jr. |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion For Reconsideration and/or To Alter or Amend Judgment (Doc. No. 131) is hereby **DENIED.**

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge