IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| S&M BRANDS, INC. and<br>INTERNATIONAL TOBACCO PARTNERS,<br>LTD.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PAUL G. SUMMERS, in his official capacity as<br>Attorney General of the State of Tennessee,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 3:05cv0171<br>)<br>)　Judge Thomas A. Wiseman, Jr.<br>)<br>)<br>) |

## ORDER

Before the Court is Defendant's Motion to Stay Judgment (Doc. No. 170), filed in conjunction with a supporting Memorandum of Law (Doc. No. 171). Plaintiff ITP filed its response in opposition to the motion (Doc. No. 178). For reasons explained in the accompanying Memorandum Opinion, said motion is hereby **DENIED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge